# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

DAVID M. RILEY,                              )
                                             )
    Plaintiff,                           )
                                             )
vs                                           )      CIVIL ACTION NO. 96-S-2021-M
                                             )
B. J. ALEXANDER, Glencoe Police Chief, )
CAPTAIN HARVEY SCALES, and                   )
ROY HARBIN, Gadsden Narcotics                )
Division,                                    )
                                             )
    Defendants.                          )

**ENTERED**

FEB 2 5 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate

Judge's Report and Recommendation, and the affidavit of Roy Harbin,[1] and has reached

an independent conclusion that the Magistrate Judge's Report and Recommendation is

due to be adopted and approved. The court hereby adopts and approves the findings

and recommendation of the Magistrate Judge as the findings and conclusions of the

court. In accord with the recommendation, the defendants' motion for summary

judgment is due to be granted and this complaint is due to be dismissed on the plaintiff's

claim that the defendants verbally harassed him; summary judgment is due to be denied

---

[1] Although the affidavit of Roy Harbin was not filed until February 5, 1997, five days after the
report and recommendation was entered, Harbin's affidavit has been considered and it is concluded that
the affidavit does not change the outcome of the claims against Harbin at the summary judgment stage.

on the plaintiff's assault claims against defendants Alexander and Harbin.   An

appropriate order will be entered.

DONE, this _24th_ day of February, 1997.

C. LYNWOOD SMITH, JR.,
UNITED STATES DISTRICT JUDGE